UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOHN BRANKLINE, | CASE NO. C07 01277 TEH |
|---|---|
| Plaintiff, | |
| v | STIPULATION BY ALL PARTIES RE: ADR; ~~PROPOSED~~ ORDER |
| CHASE BANK USA, N.A., as Successor in Interest to BANK ONE DELAWARE. N.A., | |
| Defendants | |

ALL PARTIES HERETO, through their counsel, indicated below, hereby stipulate to Early Neutral Evaluation.

Dated: May 25, 2007

ROPERS, MAJESKI, KOHN & BENTLEY P.C.

By: /s/ John Brankline
John Brankline  JOHN BRANKLINE
Plaintiff

By: /s/ George G. Weickhardt
George G. Weickhardt
Pamela J. Zanger
Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to BANK ONE DELAWARE, N.A.

SF/205513 1/PJZ

- 1 -

STIPULATION BY ALL PARTIES RE: ADR;
PROPOSED ORDER
C07 01277 TEH

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

# ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, the above-entitled matter is ordered to be referred to Early Neutral Evaluation.

Dated: 05/30/07



HON. THELTON E. HENDERSON
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA