1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168356)
2  ROPERS, MAJESKI, KOHN & BENTLEY PC
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:   (415) 543-4800
4  Facsimile:   (415) 972-6301
   Email:       pzanger@ropers.com
5
   Attorneys for Defendant
6  CHASE BANK USA, N.A., as successor-in-interest to
   FIRST USA BANK, N.A. and BANK ONE CARDMEMBER SERVICES
7
   JOHN BRANKLINE, *in propria persona*
8  8377 Windmill Farms Drive
   Cotati, CA 94931
9  Tel: (707) 795-4283

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15  JOHN BRANKLINE,                    CASE NO. C07 01277 TEH

16           Plaintiff,
                                       **[PROPOSED] ORDER GRANTING
17       v.                            CHASE BANK USA N.A.'S
                                       PERMISSION TO APPEAR AT EARLY
18  CHASE BANK USA, N.A., as successor-in-  NEUTRAL EVALUATION BY
    interest to BANK ONE DELAWARE, N.A.     TELEPHONE**
19
             Defendants.
20

21       Good cause having been presented, the Court hereby grants defendant Chase Home

22  Finance LLC permission to appear at the Early Neutral Evaluation scheduled in the above matter

23  by telephone.

24

25  Dated: 7/26/07

26                                     HON. WAYNE D. BRAZIL
                                       U.S. MAGISTRATE JUDGE
27

28

USDC NDCA No. C07 01277 TEH            [PROPOSED] ORDER GRANTING CHASE BANK
RC1/5000470.1/PJZ              - 1 -   USA N.A.'S PERMISSION TO APPEAR AT EARLY
                                       NEUTRAL EVALUATION BY TELEPHONE

FILED

JUL 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND