```
1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168350)
2  ROPERS, MAJESKI, KOHN & BENTLEY PC
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:   (415) 543-4800
4  Facsimile:   (415) 972-6301
   Email:       pzanger@ropers.com
5
   Attorneys for Defendant
6  CHASE BANK USA, N.A., as successor-in-interest to
   FIRST USA BANK, N.A. and BANK ONE CARDMEMBER SERVICES
7
   JOHN BRANKLINE, in propria persona
8  8377 Windmill Farms Drive
   Cotati, CA 94931
9  Tel: (707) 795-4283
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BRANKLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK USA, N.A., as successor-in-interest to BANK ONE DELAWARE, N.A.<br><br>    Defendants. | CASE NO. C07 01277 TEH<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

IT IS HEREBY STIPULATED by and between plaintiff, John Brankline, and defendant, Chase Bank USA, N.A., that Plaintiff's complaint in the above-entitled action is dismissed with prejudice.

IT IS FURTHER STIPULATED that Defendant's counterclaim in the above-entitled action is dismissed without prejudice.

Each side shall bear its own costs, including attorney's fees, in this action.

USDC NDCA No. C07 01277 TEH
RC1/5005658.1/PJZ                    - 1 -         STIPULATION AND ORDER RE: DISMISSAL

GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY PC
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:       pzanger@ropers.com

Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to
FIRST USA BANK, N.A. and BANK ONE CARDMEMBER SERVICES

JOHN BRANKLINE, *in propria persona*
8377 Windmill Farms Drive
Cotati, CA 94931
Tel: (707) 795-4283

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BRANKLINE,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., as successor-in-interest to BANK ONE DELAWARE, N.A.,<br><br>Defendants. | CASE NO. C07 01277 TEH<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

IT IS HEREBY STIPULATED by and between plaintiff, John Brankline, and defendant, Chase Bank USA, N.A., that Plaintiff's complaint in the above-entitled action is dismissed with prejudice.

IT IS FURTHER STIPULATED that Defendant's counterclaim in the above-entitled action is dismissed without prejudice.

Each side shall bear its own costs, including attorney's fees, in this action.

SO STIPULATED.

Dated: 08/26/07                    By: _____
                                        JOHN BRANKLINE
                                        Plaintiff and Counter-Defendant *in propria persona*

Dated: _____      ROPERS, MAJESKI, KOHN & BENTLEY

SO STIPULATED.

Dated: _____    By: _____
JOHN BRANKLINE
Plaintiff and Counter-Defendant in propria persona

Dated: Aug 27, 2007              ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant and Counter-Claimant
CHASE BANK USA, N.A.

# ORDER

IT IS HEREBY ORDERED that the above-entitled complaint is dismissed with prejudice and the counterclaim is dismissed without prejudice, with each side to bear its own costs, including attorney's fees, in this action.

Dated: 08/27/07

_____
HON. THELTON HENDERSON
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]